UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20cv80983

CAMERON DAVIDSON,

    Plaintiff,

v.

HERE NORTH AMERICA, LLC.,

    Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF SOUGHT AND DEMAND FOR JURY TRIAL)

Plaintiff, Cameron Davidson ("Davidson" or Plaintiff) by and through undersigned counsel, brings this Complaint against Defendant, Here North America, Llc. ("HNA" or Defendant) for damages and injunctive relief, and in support thereof states as follows:

**NATURE OF THE ACTION**

1.    This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph owned and registered by Davidson. Accordingly, Davidson seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

2. Davidson brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Davidson's original copyrighted works of authorship.

## PARTIES

3. Plaintiff, Davidson, is a professional photographer residing at Alexandria, VI. Davidson is in the business of licensing reproduction rights in photographs for a fee.

4. Defendant, HNA, is a Florida corporation and can be served by serving its Registered Agent, NRAI Services, Inc, at 1200 South Pine Island Road, Plantation, FL., 33324.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Florida.

8. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), (c) and (d) and 1400(a) because the Defendant is a corporation subject to personal jurisdiction in this district, Defendant reside in this district, and the Defendants are all subject to personal jurisdiction in this district.

## THE COPYRIGHTED WORK AT ISSUE

9. Davidson created a photograph entitled "CD_2010_0710_0119", which is shown below and referred to herein as the "Work".



10.     At the time Davidson created the Work, Davidson applied copyright management information to the Work consisting of his name in the bottom of the Work as well as a copyright symbol of a letter c inside a circle.

11.     Davidson registered the Work with the Register of Copyrights on 7/29/2014 and was assigned the registration number VAu 1-254-965.  The Certificate of Registration is attached hereto as Exhibit A.

12.     At all relevant times Davidson has been the owner of the copyrighted Work.

13.     Davidson's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

## INFRINGEMENT BY DEFENDANT

14. HNA has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, HNA copied the Work without Davidson's permission.

16. After HNA copied the Work, it made further copies and distributed the Work on the internet.

17. HNA copied and distributed Davidson's copyrighted Work for purposes of advertising and promoting 's business.

18. HNA committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit B.

19. Davidson never gave HNA permission or authority to copy, distribute or display the Work.

20. Davidson notified HNA of the allegations set forth herein on April 3, 2020 April 24, 2020, and May 4, 2020.  To date, HNA has failed to respond to Plaintiff's Notices and has refused to rectify its infringing conduct.  Copies of the notices to HNA are attached hereto as Exhibit C.

21. When HNA copied and displayed the Work at issue in this case, HNA removed Davidson's copyright management information from the Work.

22. Davidson never gave HNA permission or authority to remove copyright management information from Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Davidson owns a valid copyright in the Work at issue in this case.

25. Davidson registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. HNA copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Davidson's authorization in violation of 17 U.S.C. §§ 106 and 501.

27. HNA performed the acts alleged in the course and scope of its business activities.

28. HNA acts were willful.

29. To this date, HNA has not removed the Work from its website disregarding all notices.

30. Davidson has been damaged.

31. The harm caused to Davidson has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

32. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

33. The Work at issue in this case contains copyright management information ("CMI").

34. HNA knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

35. HNA committed these acts knowingly or having reasonable grounds to know that it will include, enable, facilitate, or conceal infringement of Davidson's rights in the Work at issue in this action protected under the Copyright Act.

36. Davidson has been damaged.

37. The harm caused to Davidson has been irreparable.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for judgement against Defendant Here North America, Llc. that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1202;

b. Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Plaintiff be awarded its attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505;

d. Plaintiff be awarded pre-judgement interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: June 23, 2020                             Respectfully Submitted,

*/s/ Sergio Calderon Baron*
SERGIO CALDERON BARON
Florida Bar No.: 1007687
sergio@imagetheftlawfirm.com
561.406.8256

Image Theft Law Firm P.A.
4800 N. Federal Hwy., Suite D207
Boca Raton, FL 33431

*Attorney for Plaintiff Cameron Davidson*