# EXHIBIT A
## (Certificate of Registration)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-254-965**

Effective Date of Registration:
July 29, 2014

## Title
- **Title of Work:** Aerial Photographs November 2003 - June 6, 2014

## Completion/Publication
- **Year of Completion:** 2014

## Author
- **Author:** Bruce Cameron Davidson
- **Author Created:** Photograph
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1955

## Copyright Claimant
- **Copyright Claimant:** Bruce Cameron Davidson
  399 Tennessee Avenue, Alexandria, VA, 22305

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Bruce Cameron Davidson
- **Date:** July 04, 2014

- **Correspondence:** Yes
- **Copyright Office notes:** Regarding year of completion: Range of years: 2003 - 2014.

Page 1 of 1