# EXHIBIT B
## (Copyright Infringement)

HERE360 | Industries | Topics | Newsroom | About HERE 360



### The surprising science of cities

 by Graham Southorn

**Features** - 7 minute read   /   September 14, 2015

Cities are like Jekyll and Hyde. They're the origin of the world's biggest problems, such as water scarcity, pollution, and wobbly financial markets. But they're also the solution, according to Prof Geoffrey West of the Sante Fe Institute, because they act as magnets for smart people, innovation and ideas.

And they don't come much smarter than West, who believes the solution to such problems is the appliance of science. To that end, and with help from fellow lead investigator Prof Luis Bettencourt and others, he's been developing a universal theory of cities. "The idea is not to replace traditional methods but to complement them. If we just use historical, intuitive kinds of arguments, we are doomed to all kinds of unintended consequences," he says.

The theory is being developed by gathering a huge amount of data on cities, from wildly different sources. Maps are an integral part of presenting some of this data - augmented maps have displayed the median income in areas of Cape Town and New York, levels of violent crime in US cities and clusters of social groups in a Chinese city.

West was originally a particle physicist. He left the field when funding for the Superconducting Super Collider - America's proposed equivalent of Europe's LHC - fell through in 1993. And it wasn't long before he discovered a new scientific passion: biology.

He set about applying the principles of physics to biology's scaling laws - the discovery that, despite being complex, sometimes life follows simple rules. For instance, if you plot the metabolic rate of various animals against their weight on a graph, you get a straight line. "A whale, a giraffe, a human being and a mouse are scaled versions of one another even though they look completely different," he says.

#### Networks are everywhere

The reason for this, West discovered, is that networks are found in all living things - from human circulatory and respiratory systems to the roots of a tree. All can be described using the same mathematics and physics. And what's more, networks are everywhere, he says. "It became clear that