UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:20cv80983

CAMERON DAVIDSON,

        Plaintiff,

v.

HERE NORTH AMERICA, LLC.,

        Defendant.

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Cameron Davidson ("Davidson") by and through undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| **Cameron Davidson** | **Plaintiff** |
| **Sergio Calderon Baron** | **Plaintiff's Counsel** |
| **Image Theft Law Firm, P.A.** | **Plaintiff's Counsel** |
| **Here North America, Llc.** | **Defendant** |

**Davidson states that there are no other persons, associations or persons, firms, partnerships, guarantors, insurers, affiliates, parent or subsidiary**

**corporations, or other legal entities that are financially interested in the outcome of the case other than the parties to this action and their respective counsel.**

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil or criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**Cameron Davidson**

I hereby certify that, except as disclosed above, I am unaware of any action or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 23, 2020                                            Respectfully Submitted,

/s/ *Sergio Calderon Baron*
SERGIO CALDERON BARON
Florida Bar No.: 1007687
sergio@imagetheftlawfirm.com
561.406.8256

Image Theft Law Firm P.A.
4800 N. Federal Hwy., Suite D207
Boca Raton, FL 33431

*Attorney for Plaintiff Cameron Davidson*