# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 9:20-CV-80983

Plaintiff:
**CAMERON DAVIDSON**

vs.

Defendant:
**HERE NORTH AMERICA LLC**


BII2020005868

For:
Sergio Calderon Baron, Esq.
Image Theft Law Firm P.A.
4800 N. Federal Highway
Suite D207
Boca Raton, FL 33431

Received by Burke Process Service, Inc on the 24th day of June, 2020 at 7:46 am to be served on **HERE NORTH AMERICA LLC, ATTN: NRAI SERVICES INC, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, April D. Lewis, do hereby affirm that on the **24th day of June, 2020** at **11:11 am, I:**

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Action and Complaint for Copyright Infringement with Exhibits** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **DESIGNATED AGENT, employed therein and authorized to accept service** for **HERE NORTH AMERICA LLC, ATTN: NRAI SERVICES INC**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

*April D. Lewis*

**April D. Lewis**
SPS # 1482

**Burke Process Service, Inc**
**1199 W. Newport Center Drive**
**Deerfield Beach, FL 33442**
**(954) 514-0116**

Our Job Serial Number: BII-2020005868

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1p