UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80983-CIV-SINGHAL

CAMERON DAVIDSON,

    Plaintiff,

v.

HERE NORTH AMERICA, LLC,

    Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Logan M. P. Phillips, of the law firm Lalchandani Simon PL, hereby enters his appearance as counsel for Defendant Here North America, LLC, and respectfully requests that all notices, correspondence, pleadings, and other papers pertaining to this case be directed to the undersigned.

Dated: July 14, 2020.

    Respectfully Submitted:

**LALCHANDANI SIMON PL**
25 S.E. 2nd Avenue, Suite 1020
Miami, Florida 33131
(305) 999-5291 (office)
(305) 671-9282 (fax)

By: */s/ Logan M. P. Phillips*
    Daniel J. Simon (FBN 16244)
    danny@lslawpl.com
    Logan M. P. Phillips (FBN 72317)
    logan@lslawpl.com
    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court via CM/ECF, which effectuated service on all counsel of record via transmission of a Notice of Electronic Filing generated by CM/ECF.

By: */s/ Logan M. P. Phillips*
Logan M. P. Phillips
